CIVIL NON-JURY TRIAL OR MOTION HEARING                           Date:  August 5, 2014
MINUTE SHEET

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>ALICIA DEAVERS<br>v.<br>HOMERO VASQUEZ | *CASE NO*:  3:14CV00365-HEH<br><br>*JUDGE:*  Hudson, USDJ<br><br>*COURT REPORTER*:  Liscio, OCR |

MATTER ON FOR:     ( ) Bench Trial   ( ) Motion Hearing   (X) OTHER:   Show Cause Hearing

APPEARANCES:       Respondent present (D. Hayden Fisher, Esq.)

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:        PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )
OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )          SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION  ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )
CASE CONTINUED UNTIL _____ AT _____  .M. FOR _____

ADDITIONAL NOTATIONS:

Matter came on for hearing on Order to Show Cause entered July 10, 2014 (CM/ECF document #12).
Respondent heard.
Respondent found to be in contempt of court; $200 fine imposed, to be paid within 10 days.

_____
*Counsel for Plaintiff:*

    • n/a
_____
*Counsel for Defendant:*

    • n/a
_____

SET:  9:00 a.m.     BEGAN:  9:02 a.m.     ENDED:  9:06 a.m.          TIME IN COURT: 0:04